

**RECEIVED**
SEP 19 2019
CHAMBERS OF
JUDGE MARRERO



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/19
```

September 18, 2019

**By UPS**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Suite 1040
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *SEC v. Rivas, et al.*, No. 1:17-cv-06192-VM – Pre-Motion Letter re: Consent Motion for Judgments According to Settlements

Dear Judge Marrero:

    Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this letter pursuant to your Individual Rules of Practice to describe the basis of its proposed Consent Motion for Judgments According to Settlements ("the Proposed Motion"). The basis of the Proposed Motion is set forth below.

    On August 16, 2017, the Commission filed a Complaint alleging violations of the federal securities laws by seven Defendants. As set forth below, the Commission has reached settlements with five of the Defendants in this case.

### Defendant Roberto Rodriguez

    The Commission has reached a settlement with Defendant Roberto Rodriguez. Attached hereto as Exhibit 1 is the executed Consent of Defendant Roberto Rodriguez, setting forth the terms of his settlement with the Commission. Attached hereto as Exhibit 2 is the proposed Final Judgment to which Defendant Rodriguez agreed. The proposed Final Judgment would permanently enjoin him from violating Sections 10(b) and 14(e) of the Securities Exchange Act of 1934 ("Exchange Act") and Rules 10b-5 and 14e-3 thereunder. It would also order him to pay disgorgement of $1,108,758, but order that this amount shall be deemed satisfied by the order of forfeiture entered against Defendant Rodriguez in a related criminal case, *United States v. Michael Siva et al.*, 17-cr-00503-AJN (S.D.N.Y. Feb. 21, 2019) (Dkt. 145).

### Defendant Jeffrey Rogiers

The Commission has reached a settlement with Defendant Jeffrey Rogiers. Attached hereto as Exhibit 3 is the executed Consent of Defendant Jeffrey Rogiers, setting forth the terms of his settlement with the Commission. Attached hereto as Exhibit 4 is the proposed Final Judgment to which Defendant Rogiers agreed. The proposed Final Judgment would permanently enjoin him from violating Sections 10(b) and 14(e) of the Securities Exchange Act of 1934 ("Exchange Act") and Rules 10b-5 and 14e-3 thereunder. It would also order him to pay disgorgement of $51,788 but order that this amount shall be deemed satisfied by the order of forfeiture entered against Defendant Rogiers in a related criminal case, *United States v. Michael Siva et al.*, 17-cr-00503-AJN (S.D.N.Y. Dec. 21, 2018) (Dkt. 111).

### Defendant Rodolfo Sablon

The Commission has reached a settlement with Defendant Rodolfo Sablon. Attached hereto as Exhibit 5 is the executed Consent of Defendant Rodolfo Sablon, setting forth the terms of his settlement with the Commission. Attached hereto as Exhibit 6 is the proposed Final Judgment to which Defendant Sablon agreed. The proposed Final Judgment would permanently enjoin him from violating Sections 10(b) and 14(e) of the Securities Exchange Act of 1934 ("Exchange Act") and Rules 10b-5 and 14e-3 thereunder. It would also order him to pay disgorgement of $923,566 but order that this amount shall be deemed satisfied by the order of forfeiture entered against Defendant Sablon in a related criminal case, *United States v. Michael Siva et al.*, 17-cr-00503-AJN (S.D.N.Y. April 5, 2019) (Dkt. 166).

### Defendant Michael Siva

The Commission has reached a settlement with Defendant Michael Siva. Attached hereto as Exhibit 7 is the executed Consent of Defendant Michael Siva, setting forth the terms of his settlement with the Commission. Attached hereto as Exhibit 8 is the proposed Final Judgment to which Defendant Siva agreed. The proposed Final Judgment would permanently enjoin him from violating Sections 10(b) and 14(e) of the Securities Exchange Act of 1934 ("Exchange Act") and Rules 10b-5 and 14e-3 thereunder. It would also order him to pay disgorgement of $35,000 but order that this amount shall be deemed satisfied by the order of forfeiture entered against Defendant Siva in a related criminal case, *United States v. Michael Siva et al.*, 17-cr-00503-AJN (S.D.N.Y. Feb. 22, 2019) (Dkt. 147).

### Defendant Jhonatan Zoquier

The Commission has reached a settlement with Defendant Jhonatan Zoquier. Attached hereto as Exhibit 9 is the executed Consent of Defendant Jhonatan Zoquier, setting forth the terms of his settlement with the Commission. Attached hereto as Exhibit 10 is the proposed Final Judgment to which Defendant Zoquier agreed. The proposed Final Judgment would permanently enjoin him from violating Sections 10(b) and 14(e) of

the Securities Exchange Act of 1934 ("Exchange Act") and Rules 10b-5 and 14e-3 thereunder. It would also order him to pay disgorgement of $31,259 but order that this amount shall be deemed satisfied by the order of forfeiture entered against Defendant Zoquier in a related criminal case, *United States v. Michael Siva et al.*, 17-cr-00503-AJN (S.D.N.Y. Mar. 7, 2019) (Dkt. 152).

### Request that Letter be Deemed and Filed as Formal Motion

The Commission respectfully requests that this letter be deemed and filed as a formal Consent Motion for Judgments According to Settlements. The Commission further requests that the Court enter the proposed Final Judgments attached hereto as Exhibit 2, Exhibit 4, Exhibit 6, Exhibit 8, and Exhibit 10, which, if entered by the Court, would represent fair and reasonable resolutions of the action with respect to each of the five settling Defendants.

Respectfully submitted,

Walker Newell
Attorney for Plaintiff
Securities and Exchange Commission

Enclosures

Cc: Counsel of Record

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by plaintiff.

SO ORDERED.

9-20-19
DATE

VICTOR MARRERO, U.S.D.J.